| AO 10 Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2011 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Houser, Barbara J. | 2. Court or Organization US Bky Ct; No Dst of Tx | 3. Date of Report 04/09/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) United States Bankruptcy Judge | 5a. Report Type (check appropriate type) ☐ Nomination  Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2011 to 12/31/2011 |

**7. Chambers or Office Address**

1254 Earle Cabell Federal Bldg
1100 Commerce Street
Dallas, TX 75242-1496

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | ███ Present Interest Trust |
| 2. | Fellow | National Bankruptcy Conference |
| 3. | Fellow; Vice-President; Member of Board of Directors | American College of Bankruptcy |
| 4. | Fellow | American Bar Foundation |
| 5. | Fellow | Texas Bar Foundation |
| 6. | Master | John C. Ford American Inn of Court |
| 7. | Member; Member of Board of Directors | American Bankruptcy Institute |
| 8. | Chair of Board of Directors | Dallas Legal Hospice n/k/a Legal Hospice of Texas |
| 9. | Member | National Conference of Bankruptcy Judges |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Houser, Barbara J. | 04/09/2012 |

3.

| Name of Person Reporting | Date of Report |
|---|---|
| Houser, Barbara J. | 04/09/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bankruptcy Institute/University of Texas | February 23-25 | Las Vegas, NV | Speak at bankruptcy conference | Transportation, Lodging, and Meals |
| 2. | American College of Bankruptcy | March 17-19 | Washington DC | Attend Spring Meeting of College and speak at educational program | Transportation, Lodging, and Meals |
| 3. | International Womens Insolvency and Restructuring Confederacy | March 30-31 | Washington DC | Speak at educational program | Transportation, Lodging, and Meals |
| 4. | American Bankruptcy Institute | March 31-April 3 | Washington DC | Attend and speak at ABI Spring Conference | Transportation, Lodging, and Meals |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Houser, Barbara J. | 04/09/2012 |

| 5. | National Conference of Bankruptcy Judges | April 4-5 | Palm Desert, CA | Attend mid-year meeting of NCBJ | Transportation. Lodging, and Meals |
|---|---|---|---|---|---|
| 6. | American Law Institute/ American Bar Association | April 27-30 | Philadelphia, PA | Speak at bankruptcy conference | Transportation, Lodging, and Meals |
| 7. | National Conference of Bankruptcy Judges | June 3-5 | Columbia, SC | Attend wedding of NCBJ Executive Director | Transportation, Lodging, and Meals |
| 8. | Bankruptcy Section of Alabama State Bar Association | June 8-12 | Destin, FL | Speak at bankruptcy conference | Transportation, Lodging, and Meals |
| 9. | Advanced Consumer Bankruptcy Practice Institute | July 20-23 | Albuquerque, NM | Receive NITA training to teach at future institutes | Transportation, Lodging, and Meals |
| 10. | National Conference of Bankruptcy Judges | September 14-15 | Washington DC | Attend Congressional reception sponsored by NCBJ, FJA, and FMJA | Lodging and Meals |
| 11. | National Conference of Bankruptcy Judges | October 9-15 | Tampa, FL | Attend annual meeting of NCBJ and speak at the conference | Transportation, Lodging, and Meals |
| 12. | National Bankruptcy Conference | November 9-12 | Washington DC | Attend annual meeting of NBC | Transportation, Lodging, and Meals |
| 13. | American Bankruptcy Institute | December 1-3 | LaQuinta, CA | Attend winter leadership conference and speak at education program | Transportation, Lodging, and Meals |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐   NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Glenn Cox | Cash gift | $12,500.00 |
| 2. | Veronica Cox | Cash gift | $12,500.00 |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑   NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Houser, Barbara J. | 04/09/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Technical Communications common stock | A | Dividend | J | T | | | | | |
| 2. | Centennial Bank CD | B | Interest | | | Redeemed | 12/16/11 | M | | |
| 3. | First Federal Bank of CA n/k/a One West Bank CD | A | Interest | | | Redeemed | 06/14/11 | M | | |
| 4. | State Bank of Texas CDs | C | Interest | M | T | Redeemed (part) | 07/18/11 | M | | |
| 5. | Hodges Fund | | None | | | Sold | 08/25/11 | K | | |
| 6. | Evergreen US Govt Money Market Fund | A | Interest | | | Closed | 07/20/11 | J | | |
| 7. | Bank of America (various accounts) | A | Interest | K | T | | | | | |
| 8. | Capitol One FSB CD | D | Interest | M | T | | | | | |
| 9. | First Community Bank CD | C | Interest | | | Redeemed | 11/29/11 | L | | |
| 10. | Key Bank CD | D | Interest | M | T | | | | | |
| 11. | ██████ Present Interest Trust ██████ | | None | | | | | | | |
| 12. | Wal-Mart Stores, Inc. common stock | A | Dividend | J | T | | | | | |
| 13. | Discover Bank CD | D | Interest | M | T | | | | | |
| 14. | Indy Mac Bank n/k/a One West Bank CD | A | Interest | | | Redeemed | 09/08/11 | M | | |
| 15. | Washington Federal Savings Bank CDs | C | Interest | M | T | | | | | |
| 16. | Washington Federal Savings Bank CD | B | Interest | | | Redeemed | 03/07/11 | K | | |
| 17. | ING CD | C | Interest | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Houser, Barbara J. | 04/09/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Interstate Netbank CD n/k/a Customers Bank | B | Interest | L | T | | | | | |
| 19. Jefferson Bank CD n/k/a Mid-South Bank | C | Interest | L | T | | | | | |
| 20. Acacia Federal Savings Bank CD | C | Interest | L | T | | | | | |
| 21. Wachovia Bank CD n/k/a Wells Fargo | C | Interest | L | T | | | | | |
| 22. Intervest National Bank CD | D | Interest | L | T | | | | | |
| 23. Flagstar Bank CD | C | Interest | L | T | | | | | |
| 24. Nexity Bank CD n/k/a Alostar Bank | B | Interest | M | T | | | | | |
| 25. Exchange Bank CD | C | Interest | M | T | | | | | |
| 26. Washington Mutual Bank CD n/k/a Chase Bank | B | Interest | K | T | | | | | |
| 27. Ascencia Bank CDs | A | Interest | | | Redeemed | 01/06/11 | L | | |
| 28. GMAC Bank (various accounts) n/k/a Ally Bank | D | Interest | M | T | | | | | |
| 29. Transportation Alliance Bank CD | B | Interest | K | T | | | | | |
| 30. Am Trust Direct n/k/a New York Community Bank CD | B | Interest | M | T | | | | | |
| 31. Tennessee Commerce Bank CD | A | Interest | | | Redeemed | 01/22/11 | M | | |
| 32. Patriot Bank CDs | D | Interest | M | T | | | | | |
| 33. Great Western Bank CDs | C | Interest | M | T | | | | | |
| 34. Highlands Bank CD | A | Interest | | | Redeemed | 04/18/11 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Houser, Barbara J. | 04/09/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Third Federal Bank CD | C | Interest | L | T | | | | | |
| 36. Omni American Bank CD | D | Interest | M | T | | | | | |
| 37. ELoan Bank CD | C | Interest | L | T | | | | | |
| 38. On Bank CD | C | Interest | L | T | | | | | |
| 39. Equity Bank CDs n/k/a Triumph Savings Bank | D | Interest | M | T | | | | | |
| 40. Salem 5 CD | C | Interest | L | T | | | | | |
| 41. Zions Bank CD | C | Interest | L | T | | | | | |
| 42. Park Cities Bank CDs | C | Interest | K | T | Redeemed (part) | 03/25/11 | L | | |
| 43. | | | | | Redeemed (part) | 08/13/11 | M | | |
| 44. View Point Bank CD | C | Interest | L | T | | | | | |
| 45. Nexbank CD | D | Interest | | | Redeemed | 06/03/11 | M | | |
| 46. AIG Bank CD | A | Interest | | | Redeemed | 06/07/11 | L | | |
| 47. First United Bank CD | A | Interest | | | Redeemed | 07/27/11 | L | | |
| 48. Community Trust Bank of Texas CD | D | Interest | M | T | | | | | |
| 49. Community Trust Bank of Texas checking | A | Interest | | | Closed | 09/02/11 | J | | |
| 50. Share Plus Federal Bank CD | C | Interest | L | T | | | | | |
| 51. Bank of the Ozarks CD | A | Interest | | | Redeemed | 07/16/11 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Houser, Barbara J. | 04/09/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Green Bank Money Market | A | Interest | L | T | Open | 12/21/11 | M | | |
| 53. Brokerage account # 1 | | | | | | | | | |
| 54. Anheuser-Busch (BUD) Stock | A | Dividend | K | T | Buy | 08/02/11 | K | | |
| 55. Automatic Data Processing Inc (ADP) Stock | A | Dividend | K | T | Buy | 08/05/11 | K | | |
| 56. Berkshire Hathaway Inc (BRKB) common stock | | None | L | T | Buy | 07/20/11 | K | | |
| 57. | | | | | Buy (add'l) | 08/05/11 | K | | |
| 58. BHP Billiton LTD (BHP) common stock | A | Dividend | K | T | Buy | 08/02/11 | K | | |
| 59. Bristol Myers Squibb (BMY) common stock | A | Dividend | K | T | Buy | 09/20/11 | K | | |
| 60. Coca-Cola (KO) common stock | A | Dividend | K | T | Buy | 10/04/11 | K | | |
| 61. Emerson Electric (EMR) common stock | A | Dividend | K | T | Buy | 08/09/11 | K | | |
| 62. Exxon Mobil (XOM) common stock | A | Dividend | K | T | Buy | 08/19/11 | K | | |
| 63. HJ Heinz (HNZ) common stock | A | Dividend | K | T | Buy | 10/11/11 | K | | |
| 64. Hershey (HSY) common stock | A | Dividend | K | T | Buy | 07/28/11 | K | | |
| 65. Imperial Oil LTD (IMO) common stock | A | Dividend | K | T | Buy | 08/17/11 | K | | |
| 66. Intl Business Machines (IBM) common stock | A | Dividend | L | T | Buy | 11/23/11 | K | | |
| 67. | | | | | Buy (add'l) | 12/21/11 | K | | |
| 68. Intl Flavors & Fragrances (IFF) commons stock | A | Dividend | K | T | Buy | 09/01/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Houser, Barbara J. | 04/09/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | Johnson & Johnson (JNJ) common stock | A | Dividend | K | T | Buy | 07/20/11 | K | | |
| 70. | Microsoft (MSFT) common stock | A | Dividend | K | T | Buy | 07/27/11 | K | | |
| 71. | | | | | | Buy (add'l) | 08/16/11 | J | | |
| 72. | Monsanto (MON) common stock | A | Dividend | K | T | Buy | 08/16/11 | J | | |
| 73. | Nestle SA (NSRGY) common stock | A | Dividend | K | T | Buy | 08/19/11 | K | | |
| 74. | | | | | | Buy (add'l) | 09/07/11 | J | | |
| 75. | PPG Industries (PPG) common stock | A | Dividend | K | T | Buy | 08/10/11 | K | | |
| 76. | Pepsico (PEP) common stock | A | Dividend | K | T | Buy | 07/25/11 | K | | |
| 77. | Procter & Gamble (PG) common stock | A | Dividend | J | T | Buy | 12/02/11 | J | | |
| 78. | Sigma-Aldrich (SIAL) common stock | A | Dividend | K | T | Buy | 08/02/11 | K | | |
| 79. | 3 M (MMM) common stock | A | Dividend | K | T | Buy | 08/25/11 | K | | |
| 80. | | | | | | Buy (add'l) | 09/20/11 | J | | |
| 81. | United Parcel Service (UPS) common stock | A | Dividend | K | T | Buy | 08/10/11 | K | | |
| 82. | Wal Mart Stores (WMT) common stock | A | Dividend | K | T | Buy | 10/04/11 | K | | |
| 83. | Ishares MSCI Emerging Mkts Index FD (EEM) | A | Dividend | J | T | Buy | 10/12/11 | J | | |
| 84. | Mead Johnson Nutrition common stock | A | Dividend | | | Buy | 08/09/11 | K | | |
| 85. | | | | | | Sold | 12/27/11 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Houser, Barbara J. | 04/09/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Brokerage Account # 2 | | | | | | | | | |
| 87. Bristol Myers Squibb (BMY) common stock | A | Dividend | J | T | Buy | 09/07/11 | J | | |
| 88. Conoco Phillips (COP) common stock | A | Dividend | J | T | Buy | 09/07/11 | J | | |
| 89. HJ Heinz (HNZ) common stock | A | Dividend | J | T | Buy | 09/07/11 | J | | |
| 90. Brokerage Account # 3 | | | | | | | | | |
| 91. Blackrock National Mutual Fund | B | Dividend | K | T | Buy | 03/01/11 | J | | |
| 92. | | | | | Buy (add'l) | 03/11/11 | J | | |
| 93. | | | | | Buy (add'l) | 04/13/11 | J | | |
| 94. | | | | | Buy (add'l) | 04/19/11 | J | | |
| 95. | | | | | Buy (add'l) | 04/27/11 | J | | |
| 96. | | | | | Buy (add'l) | 05/06/11 | J | | |
| 97. | | | | | Buy (add'l) | 05/23/11 | J | | |
| 98. | | | | | Buy (add'l) | 06/02/11 | J | | |
| 99. | | | | | Buy (add'l) | 08/26/11 | K | | |
| 100. | | | | | Sold (part) | 09/22/11 | J | A | |
| 101. Oppenheimer Gold and Special Minerals Fund | | None | | | Buy | 03/01/11 | J | | |
| 102. | | | | | Buy (add'l) | 03/11/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Houser, Barbara J. | 04/09/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 04/13/11 | J | | |
| 104. | | | | | Buy (add'l) | 04/19/11 | J | | |
| 105. | | | | | Sold (part) | 04/27/11 | J | A | |
| 106. | | | | | Buy (add'l) | 05/06/11 | J | | |
| 107. | | | | | Buy (add'l) | 05/23/11 | J | | |
| 108. | | | | | Buy (add'l) | 06/02/11 | J | | |
| 109. | | | | | Sold | 08/26/11 | K | A | |
| 110. DWS Intrmd Tax/Amt Free Mutual Fund | A | Dividend | K | T | Buy | 03/01/11 | J | | |
| 111. | | | | | Buy (add'l) | 03/11/11 | J | | |
| 112. | | | | | Buy (add'l) | 04/13/11 | J | | |
| 113. | | | | | Buy (add'l) | 04/19/11 | J | | |
| 114. | | | | | Buy (add'l) | 05/06/11 | J | | |
| 115. | | | | | Buy (add'l) | 05/23/11 | J | | |
| 116. | | | | | Buy (add'l) | 06/02/11 | J | | |
| 117. | | | | | Buy (add'l) | 08/26/11 | K | | |
| 118. Rydex/SG1 Mid Cap Value Fund | | None | | | Buy | 03/01/11 | J | | |
| 119. | | | | | Buy (add'l) | 03/11/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Houser, Barbara J. | 04/09/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 04/13/11 | J | | |
| 121. | | | | | Buy (add'l) | 04/19/11 | J | | |
| 122. | | | | | Buy (add'l) | 05/06/11 | J | | |
| 123. | | | | | Buy (add'l) | 05/23/11 | J | | |
| 124. | | | | | Buy (add'l) | 06/02/11 | J | | |
| 125. | | | | | Sold | 08/26/11 | K | | |
| 126. Allianz NFJ Dividend Value Fund | A | Dividend | | | Buy | 03/01/11 | J | | |
| 127. | | | | | Buy (add'l) | 03/11/11 | J | | |
| 128. | | | | | Buy (add'l) | 04/13/11 | J | | |
| 129. | | | | | Buy (add'l) | 04/19/11 | J | | |
| 130. | | | | | Buy (add'l) | 05/06/11 | J | | |
| 131. | | | | | Buy (add'l) | 05/23/11 | J | | |
| 132. | | | | | Buy (add'l) | 06/02/11 | J | | |
| 133. | | | | | Sold | 08/26/11 | K | | |
| 134. Lord Abbett Intermediate Tax Free Fund | B | Dividend | K | T | Buy | 03/01/11 | J | | |
| 135. | | | | | Buy (add'l) | 03/11/11 | J | | |
| 136. | | | | | Buy (add'l) | 04/13/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Houser, Barbara J. | 04/09/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 04/19/11 | J | | |
| 138. | | | | | Buy (add'l) | 05/06/11 | J | | |
| 139. | | | | | Buy (add'l) | 05/23/11 | J | | |
| 140. | | | | | Buy (add'l) | 06/02/11 | J | | |
| 141. | | | | | Buy (add'l) | 08/26/11 | K | | |
| 142. Ivy Asset Strategy Fund | None | | | | Buy | 03/01/11 | J | | |
| 143. | | | | | Buy (add'l) | 03/11/11 | J | | |
| 144. | | | | | Buy (add'l) | 04/13/11 | J | | |
| 145. | | | | | Buy (add'l) | 04/19/11 | J | | |
| 146. | | | | | Buy (add'l) | 05/06/11 | J | | |
| 147. | | | | | Buy (add'l) | 05/23/11 | J | | |
| 148. | | | | | Buy (add'l) | 06/02/11 | J | | |
| 149. | | | | | Sold | 09/22/11 | J | | |
| 150. Hartford Capital Appreciation Fund | None | | | | Buy | 03/01/11 | J | | |
| 151. | | | | | Buy (add'l) | 03/11/11 | J | | |
| 152. | | | | | Buy (add'l) | 04/13/11 | J | | |
| 153. | | | | | Buy (add'l) | 04/19/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 154. | | | | | Buy (add'l) | 05/06/11 | J | | |
| 155. | | | | | Buy (add'l) | 05/23/11 | J | | |
| 156. | | | | | Buy (add'l) | 06/02/11 | J | | |
| 157. | | | | | Sold | 08/26/11 | K | | |
| 158.   Artio International Equity Fund II | None | | | | Buy | 03/01/11 | J | | |
| 159. | | | | | Buy (add'l) | 03/11/11 | J | | |
| 160. | | | | | Buy (add'l) | 04/13/11 | J | | |
| 161. | | | | | Buy (add'l) | 04/19/11 | J | | |
| 162. | | | | | Sold | 04/27/11 | K | A | |
| 163.   Mainstay Large CapGrowth Fund | None | | K | T | Buy | 03/01/11 | J | | |
| 164. | | | | | Buy (add'l) | 03/11/11 | J | | |
| 165. | | | | | Buy (add'l) | 04/13/11 | J | | |
| 166. | | | | | Buy (add'l) | 04/19/11 | J | | |
| 167. | | | | | Buy (add'l) | 05/06/11 | J | | |
| 168. | | | | | Buy (add'l) | 05/23/11 | J | | |
| 169. | | | | | Buy (add'l) | 06/02/11 | J | | |
| 170. | | | | | Sold (part) | 08/26/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Houser, Barbara J. | 04/09/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Oppenheimer Rising Dividends Fund | A | Dividend | | | Buy | 03/01/11 | J | | |
| 172. | | | | | Buy (add'l) | 03/11/11 | J | | |
| 173. | | | | | Buy (add'l) | 04/13/11 | J | | |
| 174. | | | | | Buy (add'l) | 04/19/11 | J | | |
| 175. | | | | | Buy (add'l) | 05/06/11 | J | | |
| 176. | | | | | Buy (add'l) | 05/23/11 | J | | |
| 177. | | | | | Buy (add'l) | 06/02/11 | J | | |
| 178. | | | | | Sold | 08/26/11 | K | | |
| 179. Columbia Value & Restructuring Fund | A | Dividend | | | Buy | 03/01/11 | J | | |
| 180. | | | | | Buy (add'l) | 03/11/11 | J | | |
| 181. | | | | | Buy (add'l) | 04/13/11 | J | | |
| 182. | | | | | Buy (add'l) | 04/19/11 | J | | |
| 183. | | | | | Buy (add'l) | 05/06/11 | J | | |
| 184. | | | | | Buy (add'l) | 05/23/11 | J | | |
| 185. | | | | | Buy (add'l) | 06/02/11 | J | | |
| 186. | | | | | Sold | 08/26/11 | K | | |
| 187. T Rowe Price Summit Muni Intermediate Fund | A | Dividend | K | T | Buy | 03/01/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Buy (add'l) | 03/11/11 | J | | |
| 189. | | | | | Buy (add'l) | 04/13/11 | J | | |
| 190. | | | | | Buy (add'l) | 04/19/11 | J | | |
| 191. | | | | | Buy (add'l) | 05/06/11 | J | | |
| 192. | | | | | Buy (add'l) | 05/23/11 | J | | |
| 193. | | | | | Buy (add'l) | 06/02/11 | J | | |
| 194. | | | | | Buy (add'l) | 08/26/11 | K | | |
| 195. MFS Value Fund | | None | | | Buy | 03/01/11 | J | | |
| 196. | | | | | Buy (add'l) | 03/11/11 | J | | |
| 197. | | | | | Buy (add'l) | 04/13/11 | J | | |
| 198. | | | | | Buy (add'l) | 04/19/11 | J | | |
| 199. | | | | | Buy (add'l) | 05/06/11 | J | | |
| 200. | | | | | Buy (add'l) | 05/23/11 | J | | |
| 201. | | | | | Buy (add'l) | 06/02/11 | J | | |
| 202. | | | | | Sold | 08/26/11 | K | | |
| 203. Henderson International Opportunities Fund | | None | | | Buy | 03/01/11 | J | | |
| 204. | | | | | Buy (add'l) | 03/11/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Houser, Barbara J. | 04/09/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Buy (add'l) | 04/13/11 | J | | |
| 206. | | | | | Buy (add'l) | 04/19/11 | J | | |
| 207. | | | | | Buy (add'l) | 05/06/11 | J | | |
| 208. | | | | | Buy (add'l) | 05/23/11 | J | | |
| 209. | | | | | Buy (add'l) | 06/02/11 | J | | |
| 210. | | | | | Sold | 08/26/11 | K | | |
| 211. Alliance NFJ International L Value Fund | A | Dividend | | | Buy | 04/27/11 | K | | |
| 212. | | | | | Buy (add'l) | 05/06/11 | J | | |
| 213. | | | | | Buy (add'l) | 05/23/11 | J | | |
| 214. | | | | | Buy (add'l) | 06/02/11 | J | | |
| 215. | | | | | Sold | 08/26/11 | K | | |
| 216. Dreyfus Appreciation Fund | A | Dividend | K | T | Buy | 08/26/11 | K | | |
| 217. | | | | | Buy (add'l) | 09/22/11 | J | | |
| 218. Cambiar Opportunity Fund | A | Dividend | K | T | Buy | 08/26/11 | K | | |
| 219. Eaton Vance NTL Ltd Maturity Muni Fund | A | Dividend | L | T | Buy | 08/26/11 | L | | |
| 220. Federated Strategic Value Dividend Fund | A | Dividend | K | T | Buy | 08/26/11 | K | | |
| 221. Legg Mason Western Asset Municipal High Income Fund | A | Dividend | K | T | Buy | 08/26/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Houser, Barbara J. | 04/09/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Permanent Portfolio Fund | | None | K | T | Buy | 09/22/11 | K | | |
| 223. Brokerage Account # 4 | | | | | | | | | |
| 224. Tembleton Global Bond Fund | A | Dividend | J | T | Buy | 07/15/11 | J | | |
| 225. J P Morgan Strategic Income Opportunity Fund | A | Dividend | J | T | Buy | 07/15/11 | J | | |
| 226. Pimco Emerging Local Bond Fund | A | Dividend | J | T | Buy | 07/15/11 | J | | |
| 227. Lord Abbot Floating Rate Fund | A | Dividend | | | Buy | 07/15/11 | J | | |
| 228. | | | | | Sold | 08/17/11 | J | | |
| 229. Lord Abbott Short Duration Income Fund | A | Dividend | J | T | Buy | 07/15/11 | J | | |
| 230. Oppenheimer International Bond Fund | A | Dividend | | | Buy | 07/15/11 | J | | |
| 231. | | | | | Sold | 08/31/11 | J | A | |
| 232. J P Morgan Mortgage Backed Securities Fund | A | Dividend | J | T | Buy | 07/15/11 | J | | |
| 233. Transamerica Aegon High Yield Bond Fund | A | Dividend | J | T | Buy | 07/15/11 | J | | |
| 234. SPDRGold Trust Fund | | None | J | T | Buy | 07/15/11 | J | | |
| 235. | | | | | Sold | 08/25/11 | J | | |
| 236. | | | | | Buy (add'l) | 08/31/11 | J | | |
| 237. IShares S & P Europe 350 Index Fund | | None | | | Buy | 07/15/11 | J | | |
| 238. | | | | | Sold | 08/01/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Houser, Barbara J. | 04/09/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. IShares Trust Dow Jones US Utils Sector Index Fund | | None | | | Buy | 07/15/11 | J | | |
| 240. | | | | | Sold | 08/25/11 | J | | |
| 241. IShares Trust Dow Jones US Real Estate Index Fund | | None | J | T | Buy | 07/15/11 | J | | |
| 242. | | | | | Sold (part) | 08/25/11 | J | | |
| 243. IShares RS 2000 Growth Index Fund | | None | | | Buy | 07/15/11 | J | | |
| 244. | | | | | Sold | 08/25/11 | J | | |
| 245. First TR Consumer Discrt Alphadex Fund | | None | | | Buy | 07/15/11 | J | | |
| 246. | | | | | Sold | 08/25/11 | J | | |
| 247. IShares Barchlays MBS Bond Fund | A | Dividend | J | T | Buy | 07/15/11 | J | | |
| 248. | | | | | Buy (add'l) | 08/18/11 | J | | |
| 249. Vanguard FTSE All World Ex US Fund | | None | | | Buy | 07/15/11 | J | | |
| 250. | | | | | Sold | 08/01/11 | J | A | |
| 251. IShares Barclays 1-3 Year Credit Fund | A | Dividend | K | T | Buy | 07/15/11 | J | | |
| 252. | | | | | Buy (add'l) | 08/01/11 | K | | |
| 253. | | | | | Buy (add'l) | 08/25/11 | K | | |
| 254. | | | | | Sold (part) | 08/31/11 | K | A | |
| 255. | | | | | Sold (part) | 09/30/11 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Houser, Barbara J. | 04/09/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | Buy (add'l) | 11/02/11 | J | | |
| 257. Powershares Exchange Traded Fund | | None | | | Buy | 07/15/11 | J | | |
| 258. | | | | | Sold | 08/25/11 | J | | |
| 259. Vanguard MSCI Emerging Markets ETF | | None | | | Buy | 07/15/11 | K | | |
| 260. | | | | | Sold | 08/01/11 | K | A | |
| 261. Vanguard Energy ETF | | None | | | Buy | 07/15/11 | J | | |
| 262. | | | | | Sold | 08/25/11 | J | | |
| 263. Vanguard Health Care ETF | | None | | | Buy | 07/15/11 | J | | |
| 264. | | | | | Sold | 08/25/11 | J | | |
| 265. Vanguard Information Tech ETF | | None | | | Buy | 07/15/11 | J | | |
| 266. | | | | | Sold | 08/25/11 | J | | |
| 267. IShares Barclays Tips Bo Protected Secs Fund | A | Dividend | | | Buy | 07/15/11 | J | | |
| 268. | | | | | Sold | 08/31/11 | J | A | |
| 269. IShares Barclays Aggrgt Aggregate BD Fund | A | Dividend | L | T | Buy | 07/15/11 | K | | |
| 270. | | | | | Buy (add'l) | 08/01/11 | K | | |
| 271. | | | | | Buy (add'l) | 08/25/11 | K | | |
| 272. | | | | | Sold (part) | 08/31/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 273. IShares MSCI EAFE Index FUnd | | None | | | Buy | 07/15/11 | K | | |
| 274. | | | | | Sold | 08/01/11 | K | A | |
| 275. Elements Rogers TR SV=4126.81 | | None | | | Buy | 07/15/11 | J | | |
| 276. | | | | | Buy (add'l) | 08/01/11 | J | | |
| 277. | | | | | Sold | 08/25/11 | J | | |
| 278. | | | | | Buy (add'l) | 09/30/11 | J | | |
| 279. | | | | | Sold | 11/02/11 | J | A | |
| 280. SPDR Barclay Capital High Yield Bond Fund | A | Dividend | J | T | Buy | 08/31/11 | J | | |
| 281. Vanguard Total Bond MKT Fund | A | Dividend | K | T | Buy | 08/31/11 | K | | |
| 282. IShares Barclays 3-7 Year Bond Fund | A | Dividend | K | T | Buy | 08/31/11 | K | | |
| 283. IShares Barclays 20+ Year | A | Dividend | | | Buy | 08/31/11 | J | | |
| 284. | | | | | Sold | 09/08/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, line 11 - This trust has no assets.

Part VII, line 53 -- This account contains (or contained) the stocks listed in lines 54-85.

Part VII, line 86 - This account contains the stocks listed in lines 87-89.

Part VII, line 90 - This account contains (or contained) the mutual funds listed in lines 91-222.

Part VII, line 223 -- This account contains (or contained) the mutual funds listed in lines 224-284.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Barbara J. Houser**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544